# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JOHN C. MEADE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:14-cv-01245-VEH-SGC |
| | ) |
| SCOTT HASSELL, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On May 23, 2016, the magistrate judge entered a report recommending the petition for writ of habeas corpus, filed by John C. Meade pursuant to 28 U.S.C. § 2241, be denied.  (Doc. 11).  The report provided Petitioner an opportunity to file objections, but Petitioner has not objected or otherwise responded.

After careful consideration of the record in this case and the report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations.  Accordingly, the petition will be denied and dismissed without prejudice.  A separate order will be entered.

**DONE** this the 20th day of June, 2016.

**VIRGINIA EMERSON HOPKINS**
United States District Judge